UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GUSTAVIA HOME, LLC,                                              :
:
                     Plaintiff,                                :
:     16-CV-9318 (JMF)
      -v-                                                      :
:     ORDER
ROYSTON D. BROWN, et al.,                                        :
:
                     Defendants.                              :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 8, 2023, Plaintiff's successor in interest filed a motion pursuant to N.Y. R.P.A.P.L. § 1301(3) seeking leave to file an action for a monetary judgment against the Defendants based their default of a promissory note. As Defendants have not appeared in this action, counsel for Plaintiff is directed to serve a copy of its motion, the supporting papers, and this Order on Defendants by **May 11, 2023**, and to file proof of service on the docket by **May 12**.

       Any opposition to Plaintiff's motion is due **May 25, 2023**. No reply is permitted without leave of Court.

       SO ORDERED.

Dated: May 10, 2023
       New York, New York                         _____
                                                      JESSE M. FURMAN
                                              United States District Judge